IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FRANCISCO JAVIER RODRIGUEZ                                                                 PETITIONER

v.                                              Case No. 5:14-CV-05243

C.V. RIVERA, WARDEN                                                                        RESPONDENT

### **O R D E R**

The Court has received proposed findings and recommendations (Doc. 7) from United States Magistrate Judge Erin L. Setser. The Magistrate recommends transferring this action to the Eastern District of Arkansas, where Petitioner is incarcerated. Petitioner Francisco Javier Rodriguez responded to the Magistrate's report and requested that the case be transferred to the Eastern District of Arkansas.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that this case be TRANSFERRED to the Eastern District of Arkansas. The clerk is directed to transfer this matter to the United States District Court for the Eastern District of Arkansas.

IT IS SO ORDERED this 28th day of January, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE