IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FRANCISCO JAVIER RODRIGUEZ,
Reg. #27728-112                                                                PETITIONER

v.                              No. 2:15-cv-14-DPM

C. V. RIVERA, Warden, FCI-Forrest City                      RESPONDENT

JUDGMENT

Rodriguez's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 February 2016